```
McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2722
```

FILED

NOV - 8 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Criminal Complaint and Arrest Warrant for Davin Willie Flores, <br><br> [sealed] | Misc. no. 2:05-MJ-0325 DAD <br><br> ORDER |

The Court hereby orders that the Criminal Complaint, Arrest Warrant, and Affidavit in Support thereof, as well as this Application for Sealing Order, Declaration in Support thereof, and Order in the above-referenced case, shall be sealed until further order of the Court.

DATED: *November 8*, 2005

_____
HONORABLE DALE A. DROZD
U.S. Magistrate Judge

3