```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2722
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    IN RE: CRIMINAL COMPLAINT      )
10  AND ARREST WARRANT FOR         )   CR. No. 05-MJ-0325 DAD
    DAVIN WILLIE FLORES            )
11                                 )   APPLICATION FOR UNSEALING
                                   )   ORDER; AND ORDER
12                                 )
    _____)
13
14       The United States hereby applies for an Order unsealing the
15  complaint and arrest warrant and affidavit in support thereof in
16  this matter, as well as the Application for Sealing Order,
17  Declaration in Support Thereof, and Order, as the defendant has
18  been arrested.
19  DATED: November 10, 2005
20                              /s/ Robin R. Taylor
                                ROBIN R. TAYLOR
21                              Assistant U.S. Attorney
22
23
24
25
26
27
28
```

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2722
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    IN RE: CRIMINAL COMPLAINT    )
10  AND ARREST WARRANT FOR       )   CR. No. 05-MJ-0325 DAD
    DAVIN WILLIE FLORES          )
11                               )   ORDER
                                 )
12                               )
    _____)
13
14       Upon application of the United States of America and good
15  cause having been shown,
16       IT IS HEREBY ORDERED that the documents filed in the above-
17  captioned matter are hereby ordered unsealed as the defendant has
18  been arrested.
19  DATED: November 10, 2005.
```

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/flores0325.ord

2