FILED
November 10, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )
                                  )   Case No. MAG 05-0325 DAD
            Plaintiff,            )
v.                                )   ORDER FOR RELEASE OF
                                  )   PERSON IN CUSTODY
DAVIN WILLIE FLORES,              )
                                  )
            Defendant.            )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVIN WILLIE FLORES, Case No. MAG 05-0325 DAD, Charge 17:506 (a), 18: 2319,2318,2, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

___  Bail Posted in the Sum of $_____

 X   Unsecured Appearance Bond $ 50,000 co-signed by mother.

___  Appearance Bond with 10% Deposit

___  Appearance Bond with Surety

___  Corporate Surety Bail Bond

 X   (Other)  Pretrial Services Supervision with conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on November 10, 2005 at 2:55 p.m.

                                  By  /s/ Dale A. Drozd
                                      Dale A. Drozd
                                      United States Magistrate Judge

Original - U.S. Marshal