```
QUIN DENVIR, Bar #49374
Federal Defender
NED SMOCK, CA Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVIN WILLIE FLORES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Mag. S 05-325 DAD |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER RE: |
| v. ) | PRELIMINARY HEARING |
| ) | |
| DAVIN WILLIE FLORES, ) | |
| ) | Date: December 15, 2005 |
| Defendant. ) | Time: 2:00 p.m. |
| ) | Judge: Hon. Kimberly J. Mueller |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Robin Taylor, Assistant United States Attorney and Ned Smock, Attorney for Davin Willie Flores, that the date of December 15, 2005 for the preliminary hearing shall be vacated and the new date for preliminary hearing shall be January 13, 2006 at 2:00 p.m.

    Defense counsel and the government seek additional time to conduct investigation and to explore pre-indictment settlement.  Discussions

1 may affect how the case is charged.  Defense counsel has also received
2 discovery and is in the process of reviewing the discovery with the
3 defendant and conducting preliminary investigation in the interest of
4 seeking an early settlement of this case.

5     The parties further agree, pursuant to Federal Rule of Criminal
6 Procedure 5.1 that this Court should make a finding of good cause for
7 the extension and that in fact good cause is hereby shown.  Further,
8 the parties request that the Court find excludable time under the
9 Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time for
10 effective preparation - Local Code T-4].

11     All parties request the date of January 13, 2006 for the
12 preliminary hearing.

14 Dated: December 12, 2005

15     Respectfully submitted,

16     QUIN DENVIR
    Federal Defender

19     /s/ Ned Smock
    NED SMOCK
    Assistant Federal Defender
20     Attorney for Defendant
    DAVIN WILLIE FLORES

22

23     McGREGOR W. SCOTT
    United States Attorney

26     /s/ Robin Taylor
    ROBIN TAYLOR
    Assistant U.S. Attorney

Stipulation to Extend Time; Order     2

**O R D E R**

GOOD CAUSE APPEARING, **IT IS SO ORDERED.** The date for the preliminary hearing in this matter is hereby re-set for January 13, 2006, at 2:00 p.m. before the magistrate judge on duty that day. Time is hereby excluded between the filing of the complaint and January 13, 2006 at 2:00 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4.

Dated: December 12, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Stipulation to Extend Time; Order            3