1  DENNIS WAKS, CA Bar #142581
   Acting Federal Defender
2  NED SMOCK, CA Bar #236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DAVIN WILLIE FLORES
6

7

8

9
                  IN THE UNITED STATES DISTRICT COURT
10
                FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,        )  No. Mag. S 05-325 DAD
14                                   )
                  Plaintiff,         )
15                                   )  STIPULATION AND PROPOSED ORDER
        v.                           )  RE: PRELIMINARY HEARING
16                                   )
   DAVIN WILLIE FLORES,             )
17                                   )  Date:  January 13, 2005
                  Defendant.         )  Time:  2:00 p.m.
18                                   )  Judge: Hon. Gregory G. Hollows
   _____ )
19

20
        IT IS HEREBY STIPULATED by and between the parties hereto through
21
   their respective counsel, Robin Taylor, Assistant United States
22
   Attorney, Ned Smock, Attorney for Davin Willie Flores, that the date of
23
   January 13, 2006 for the preliminary hearing shall be vacated and the
24
   new date for preliminary hearing shall be February 10, 2006 at 2:00
25
   p.m.
26
        Defense counsel and the government seek additional time to conduct
27
   investigation and to explore pre-indictment settlement.  Discussions
28

1    may affect how the case is charged.  Defense counsel has also received

2    discovery and is reviewing the discovery with the defendant and

3    conducting preliminary investigation in the interest of seeking an

4    early settlement of this case.

5        The parties further agree, pursuant to Federal Rule of Criminal

6    Procedure 5.1(d) that this Court should make a finding of good cause

7    for the extension and that in fact good cause is hereby shown.

8    Further, the parties request that the Court find excludable time under

9    the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time

10   for effective preparation - Local Code T-4].

11       All parties request the date of February 10, 2006 for the

12   preliminary hearing.

13

14   Dated: January 11, 2006

15                                    Respectfully submitted,

16                                    DENNIS WAKS
                                      Acting Federal Defender
17

18
                                      ___/s/ Ned Smock_____
19                                    NED SMOCK
                                      Assistant Federal Defender
20                                    Attorney for Defendant
                                      DAVIN WILLIE FLORES
21

22
                                      McGREGOR W. SCOTT
23                                    United States Attorney

24

25
                                      ___/s/ Robin Taylor_____
26                                    ROBIN TAYLOR
                                      Assistant U.S. Attorney
27

28

     Stipulation to Extend Time            2

1

# O R D E R

2    GOOD CAUSE APPEARING, **IT IS SO ORDERED.**  The date for the

3    preliminary hearing in this matter is hereby re-set for February 10,

4    2006, at 2:00 p.m. before the magistrate.  Time is hereby excluded

5    between the filing of the complaint and February 10, 2006 at 2:00

6    pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4.

7

8

Dated: 1/13/06                      /s/ Gregory G. Hollows

9                                    _____
                                     HON. GREGORY G. HOLLOWS
10                                   United States Magistrate Judge

11   flores325.ord

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28