DANIEL BRODERICK, CA Bar #89424
Acting Federal Defender
NED SMOCK, CA Bar #236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DAVIN WILLIE FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Mag. S 05-325 DAD |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED ORDER |
| v. ) | RE: PRELIMINARY HEARING |
| ) | |
| DAVIN WILLIE FLORES, ) | |
| ) | Date: October 2, 2006 |
| Defendant. ) | Time: 2:00 p.m. |
| ) | Judge: Hon. Peter A. Nowinski |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Robin Taylor, Assistant United States Attorney, and Ned Smock, Attorney for Davin Willie Flores, that the date of February 10, 2006 for the preliminary hearing shall be vacated and the new date for preliminary hearing shall be October 2, 2006 at 2:00 p.m.

    Defense counsel and the government seek additional time to conduct investigation and to explore pre-indictment settlement.  Discussions

1 following this further investigation will likely affect how the case is
2 ultimately charged.
3     The parties further agree, pursuant to Federal Rule of Criminal
4 Procedure 5.1(d) that this Court should make a finding of good cause
5 for the extension and that in fact good cause is hereby shown.
6 Further, the parties request that the Court find excludable time under
7 the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time
8 for effective preparation - Local Code T-4].
9     All parties request the date of October 2, 2006 for the
10 preliminary hearing.

12 Dated: February 9, 2006
13                                         Respectfully submitted,
14                                         DANIEL BRODERICK
                                           Acting Federal Defender

17                                         ___/s/ Ned Smock_____
                                           NED SMOCK
                                           Assistant Federal Defender
18                                         Attorney for Defendant
                                           DAVIN WILLIE FLORES

20                                         McGREGOR W. SCOTT
21                                         United States Attorney


24                                         ___/s/ Robin Taylor_____
                                           ROBIN TAYLOR
                                           Assistant U.S. Attorney

Stipulation to Extend Time            2

**O R D E R**

GOOD CAUSE APPEARING, **IT IS SO ORDERED.** The date for the preliminary hearing in this matter is hereby re-set for October 2, 2006, at 2:00 p.m. before the magistrate. Time is hereby excluded between February 10, 2006 and October 2, 2006 at 2:00 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4.

Dated: February 9, 2006         /s/ Peter A. Nowinski
                                HON. PETER A. NOWINSKI
                                United States Magistrate Judge

Stipulation to Extend Time                    3