McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street
Sacramento, California 95814
Telephone: (916) 551-2700

UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | Mag. S No. 05-325 DAD |
| Plaintiff,       ) | |
| ) | ORDER TO DISMISS |
| ) | CRIMINAL COMPLAINT |
| ) | |
| ) | |
| DAVIN WILLIE FLORES,       ) | Date: October 2, 2006 |
| ) | Time: 2:00 p.m. |
| ) | Hon. Gregory G. Hollows |
| Defendant.       ) | |
| _____) | |

O R D E R

Upon Application of the United States and good cause appearing therefor;

IT IS HEREBY ORDERED that the Criminal Complaint against defendant Davin Willie Flores in the above-captioned case is dismissed.

DATED: 10/2/06

/s/ Gregory G. Hollows
_____
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

flores325.ord2